# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-1820

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Western District of Missouri. |
| Kelly R. Flow, | * | |
| | * | [UNPUBLISHED] |
| Appellant. | * | |

_____

Submitted: April 6, 2007
Filed: April 10, 2007

_____

Before COLLOTON, HANSEN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Kelly R. Flow appeals the 168-month prison sentence the district court[1] imposed after she pleaded guilty to a drug conspiracy. In a brief filed under Anders v. California, 386 U.S. 738 (1967), her counsel argues that Flow's sentence is unreasonable because Flow and a codefendant were equally culpable, yet the codefendant received a 100-month prison sentence as a result of the government's substantial-assistance motion.

_____

[1]The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.

We enforce the broad appeal waiver included in Flow's plea agreement. The plea colloquy reflects that Flow understood and voluntarily accepted the terms of the plea agreement, including the waiver; this appeal falls within the scope of the waiver; and no injustice would result. See United States v. Andis, 333 F.3d 886, 889-92 (8th Cir. 2003) (en banc) (discussing enforceability of appeal waiver); see also United States v. Estrada-Bahena, 201 F.3d 1070, 1071 (8th Cir. 2000) (per curiam) (enforcing appeal waiver in Anders case).

Having reviewed the record independently pursuant to Penson v. Ohio, 488 U.S. 75, 80 (1988), for any nonfrivolous issue not covered by the waiver, we find none. Accordingly, we enforce the waiver and dismiss the appeal. We also grant counsel's motion to withdraw.

_____